IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MOHAMED A. EL-TABECH, | ) | 4:10CV3179 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRED BRITTEN, | ) | |
| | ) | |
| Respondent. | ) | |

    Pursuant to the Memorandum and Order entered this date, this case is dismissed without prejudice.

    DATED this 4th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge