IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED A. EL-TABECH, ) | |
| ) | Case No.  4:10CV3179 |
| Petitioner, ) | |
| vs. ) | NOTICE TO COURT |
| ) | |
| FRED BRITTEN, Warden ) | |
| ) | |
| Respondent. ) | |

Assistant Attorney General, George R. Love, hereby informs the Court that the Petitioner, Mohamed El-Tabech, is deceased having succumbed to a brain tumor on February 27, 2011. See attachments.

>   Fred Britten, Respondent.
>   BY JON BRUNING, #20351
>   Attorney General
>
>   BY <u>s/George R. Love # 19332</u>
>     s/George R. Love #19332
>     Assistant Attorney General
>     2115 State Capitol
>     Lincoln, NE   68509-8920
>     Tel: (402) 471-3833
>     ***Attorneys for the Respondents***